**Michael Louis BEATTIE,
Plaintiff–Appellant,**

v.

**J. ROMERO; et al., Defendants–
Appellees.**

No. 15–55034.

United States Court of Appeals,
Ninth Circuit.

---

Submitted April 13, 2016.*

Filed April 20, 2016.

Michael Louis Beattie, San Diego, CA, pro se.

Suzanne Antley, Deputy Attorney General, AGCA–Office of the Attorney General, San Diego, CA, for Defendants–Appellees.

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

## MEMORANDUM **

Michael Louis Beattie, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging First and Eighth Amendment claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment for failure to exhaust administrative remedies. *Williams v. Paramo,* 775 F.3d 1182, 1191 (9th Cir.2015). We affirm.

The district court properly granted summary judgment because, even accepting Beattie's contention that he delivered the required form to a prison officer on January 15, 2014 to be mailed, Beattie failed to exhaust his administrative remedies, and he did not show that administrative remedies were effectively unavailable to him. *See Woodford v. Ngo,* 548 U.S. 81, 84, 90–91, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and "demands compliance with an

agency's deadlines and other critical procedural rules"); *Sapp v. Kimbrell,* 623 F.3d 813, 823–24, 826–27 (9th Cir.2010) (describing limited circumstances where exhaustion might be excused).

Beattie's requests, set forth in his opening and reply briefs, are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.